# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Sheila Tinnemeyer                               CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-24066 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon

Brent Lemon
09 Jan 2025, 12:51:33, EST

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com