**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sheila Tinnemeyer**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2023<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–24066–GLT | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sheila Tinnemeyer

2/19/25                                                                            **By the court:** Gregory L Taddonio
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24066-GLT |
| Sheila Tinnemeyer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 19, 2025 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Tinnemeyer, 144 Logan Ave, Leechburg, PA 15656-1054 |
| cr | + | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15156081 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141668 | + | Capital One Bank Usa N, Po Box 965024, Orlando, FL 32896-5024 |
| 15141669 | + | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15141670 | + | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15141677 | + | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15221359 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15141680 | + | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141681 | + | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141682 | + | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141683 | + | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15141684 | + | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141685 | + | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141686 | + | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141687 | + | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 15141688 | + | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15173808 | + | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 20 2025 06:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 20 2025 06:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 20 2025 06:39:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 19-24066-GLT   Doc 66   Filed 02/21/25   Entered 02/22/25 00:32:07   Desc Imaged
                              Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: AISACG.COM | Feb 20 2025 06:39:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | | + EDI: PRA.COM | Feb 20 2025 06:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168173 | | EDI: GMACFS.COM | Feb 20 2025 06:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15141666 | | + EDI: GMACFS.COM | Feb 20 2025 06:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15141667 | | + EDI: BANKAMER | Feb 20 2025 06:33:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15163366 | | EDI: CRFRSTNA.COM | Feb 20 2025 06:33:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15156081 | | EDI: CAPITALONE.COM | Feb 20 2025 06:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141669 | | + EDI: CAPITALONE.COM | Feb 20 2025 06:33:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15167822 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2025 02:42:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15141670 | | + EDI: CAPITALONE.COM | Feb 20 2025 06:33:00 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15173744 | | EDI: CITICORP | Feb 20 2025 06:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15141671 | | + EDI: WFNNB.COM | Feb 20 2025 06:39:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15141672 | | + EDI: WFNNB.COM | Feb 20 2025 06:39:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141673 | | + EDI: CCUSA.COM | Feb 20 2025 06:33:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15141674 | | + EDI: CRFRSTNA.COM | Feb 20 2025 06:33:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15141675 | | + EDI: CITICORP | Feb 20 2025 06:33:00 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15141676 | | + EDI: CITICORP | Feb 20 2025 06:33:00 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15173894 | | EDI: JEFFERSONCAP.COM | Feb 20 2025 06:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15155183 | | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 20 2025 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15141677 | | + EDI: JPMORGANCHASE | Feb 20 2025 06:33:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15141678 | | + Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2025 02:33:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15221359 | | + EDI: AISMIDFIRST | Feb 20 2025 06:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15170522 | | + Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:34:00 | Midland Funding LLC, PO Box 2037, Warren, MI |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 48090-2037 |
| 15168321 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15141679 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15175671 | EDI: PRA.COM | Feb 20 2025 06:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15172393 | EDI: Q3G.COM | Feb 20 2025 06:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141680 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141681 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141682 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141683 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15141684 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141685 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141686 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141687 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 15141688 | + EDI: SYNC | Feb 20 2025 06:33:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15173808 | + EDI: AISACG.COM | Feb 20 2025 06:39:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142397 | ^ MEBN | Feb 20 2025 01:43:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15176102 | + Email/Text: bncmail@w-legal.com | Feb 20 2025 02:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15141689 | + EDI: LCITDAUTO | Feb 20 2025 06:33:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15141690 | + EDI: WTRRNBANK.COM | Feb 20 2025 06:39:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15141691 | + EDI: CITICORP | Feb 20 2025 06:33:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15171059 | Email/Text: BNCnotices@dcmservices.com | Feb 20 2025 02:33:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171092 | Email/Text: BNCnotices@dcmservices.com | Feb 20 2025 02:33:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15141692 | + EDI: BLUESTEM | Feb 20 2025 06:39:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15154950 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15154951 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15154953 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154952 | *+ | Capital One Bank Usa N, Po Box 965024, Orlando, FL 32896-5024 |
| 15154954 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154955 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15154956 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15154957 | *+ | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15154958 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15154959 | *+ | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154960 | *+ | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154961 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15154962 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15154963 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15154964 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154965 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154966 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154967 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15154968 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15154969 | *+ | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154970 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15154971 | *+ | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 15154972 | *+ | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15154973 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15154974 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154975 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15145872 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 1 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Kevin Scott Frankel | |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Feb 19, 2025 | Form ID: 3180W | Total Noticed: 51

        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Lawrence Willis
        on behalf of Debtor Sheila Tinnemeyer ecf@westernpabankruptcy.com
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 5