**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/18/25 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SHEILA TINNEMEYER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24066

Chapter 13

Related to Docket No. 50

### ORDER OF COURT

AND NOW, this 18th Day of February, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

### ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24066-GLT |
| Sheila Tinnemeyer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Tinnemeyer, 144 Logan Ave, Leechburg, PA 15656-1054 |
| 15141668 | + | Capital One Bank Usa N, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:42:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:41:24 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2025 02:42:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168173 | | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2025 02:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15141666 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2025 02:32:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15141667 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 20 2025 02:32:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15163366 | | Email/Text: BKPT@cfna.com | Feb 20 2025 02:32:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15156081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141669 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:43:03 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15167822 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2025 02:42:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15141670 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 02:42:45 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15173744 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2025 03:16:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15141671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2025 02:33:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15141672 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 20 2025 02:33:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15141673 | + | Email/Text: ccusa@ccuhome.com | Feb 20 2025 02:32:00 | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15141674 | + | Email/Text: BKPT@cfna.com | Feb 20 2025 02:32:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15141675 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2025 02:42:55 | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15141676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2025 02:42:24 | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15173894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 20 2025 02:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15155183 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 20 2025 02:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15141677 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2025 02:41:23 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15141678 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2025 02:33:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15221359 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 20 2025 02:41:23 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15170522 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 02:34:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15168321 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15141679 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 20 2025 02:33:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15175671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 20 2025 02:42:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15172393 | | Email/Text: bnc-quantum@quantum3group.com | Feb 20 2025 02:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141680 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:56 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:41:22 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15141682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:41:22 | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:45 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15141684 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:45 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141685 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:45 | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15141686 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:19 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15141687 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 02:42:29 | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 15141688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2025 02:42:45 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15173808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 02:42:21 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142397 | ^ | MEBN | Feb 20 2025 01:43:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15176102 | + | Email/Text: bncmail@w-legal.com | Feb 20 2025 02:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15141689 | + | Email/Text: jaxbanko@td.com | Feb 20 2025 02:32:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15141690 | + | Email/Text: bncmail@w-legal.com | Feb 20 2025 02:33:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15141691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 20 2025 02:43:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15171059 | | Email/Text: BNCnotices@dcmservices.com | Feb 20 2025 02:33:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171092 | | Email/Text: BNCnotices@dcmservices.com | Feb 20 2025 02:33:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15141692 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 20 2025 02:34:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15154950 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15154951 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15154953 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154952 | *+ | Capital One Bank Usa N, Po Box 965024, Orlando, FL 32896-5024 |
| 15154954 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15154955 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15154956 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15154957 | *+ | Credit Coll/usa, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15154958 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15154959 | *+ | Exxnmobil/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154960 | *+ | Goodyear Tire/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154961 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15154962 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15154963 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15154964 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154965 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15154966 | *+ | Syncb/levin, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154967 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15154968 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15154969 | *+ | Syncb/pep Boys, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15154970 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15154971 | *+ | Syncb/walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 15154972 | *+ | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15154973 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15154974 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15154975 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 19-24066-GLT   Doc 67   Filed 02/21/25   Entered 02/22/25 00:32:07   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| 15145872 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 1 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com |
| Lawrence Willis | on behalf of Debtor Sheila Tinnemeyer ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5